In the Matter of the Claim of JOHN THULL, Appellant, against JOHN GARDELLA and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal by claimant from a decision of the State Industrial Board which denied an award. He suffered from an infected thumb. He was employed as janitor at 204 West Tenth street, New York city. He frequently moved the dumbwaiter by means of a rope which was covered with strands, slivers and splinters. Just before the infection, his hands were chapped, and it was his belief and theory that one or more of the strands, slivers or splinters entered his thumb through a crack in the skin and flesh incident to the chapped condition of the thumb and hands. The evidence does not sustain his theory, as he points neither to a definite time nor a located port of entry when and where the injury was received. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ALBERT HALSTEAD, Appellant, v. JACOB F. HOLMES and HARRY W. FINGAR, Respondents.— Appeal from an order of the Columbia County Court dated January 9, 1937, directing plaintiff to produce his automobile before a referee for examination before trial. The action is for breach of warranty on the sale of this automobile and the order permitted an examination of the pistons, cylinders, connecting rods and other portions of the car. The record shows that defendants had made several complete inspections of the automobile and its alleged defective parts after the sale and before the institution of the action. Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.